**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| JANE DOE, | : | No. 107 WM 2019 |
| Respondent | : | |
| v. | : | |
| DIOCESE OF GREENSBURG, BISHOP LAWRENCE E. BRANDT, AND BISHOP EDWARD C. MALESIC, | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2019, the Application for Extraordinary Relief is DENIED.